UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLGA G. ORTIZ and PATRICIA SOTO,

        Plaintiffs,

   v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

        Defendants.
_____/

NO. CIV. S-08-1326 LKK/GGH

O R D E R

    A status conference was held in chambers on October 20, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for January 20, 2009 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: October 22, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1