| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
|   | STEPHEN M. MURPHY (SBN # 103768) |
| 2 | JEREMY A. GRAHAM (SBN # 234166) |
|   | 180 Montgomery Street, Suite 940 |
| 3 | San Francisco, CA 94104 |
|   | Tel:  (415) 986-1338 |
| 4 | Fax: (415) 986-1231 |
| 5 | LAW OFFICES OF TANIA B. ROSE |
|   | TANIA B. ROSE (SBN # 151514) |
| 6 | 180 Montgomery Street, Suite 940 |
|   | San Francisco, CA 94104 |
| 7 | Tel:   (415) 986-1338 |
|   | Fax:  (415) 986-1231 |
| 8 | |
|   | Attorneys for Plaintiffs |
| 9 | OLGA G. ORTIZ and PATRICIA SOTO |

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OLGA G. ORTIZ and PATRICIA SOTO,

    Plaintiffs,

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

    Defendant.

CASE NO. 2:08-CV-01326-LKK-GGH

**[AMENDED] STIPULATION AND ORDER TO MODIFY JANUARY 21, 2009 COURT ORDER**

The Court issued a Pretrial Scheduling Order dated January 21, 2009, and entered January 22, 2009, setting the dates for, among other matters, the completion of discovery and the parties' designation of expert witnesses they propose to tender at

1

trial. The Order sets the deadline for designation of expert witnesses for March 19, 2010. The Court's Order on page 5 thereof additionally stated as follows:

> At the time of designation, all experts shall submit a written report. The contents of the report must comply with Federal Rule of Civil Procedure 26(A)(2)(b). All experts so designated are to be fully prepared to render an informed opinion at the time of <u>designation</u> so that they may fully participate in any deposition taken by the opposing party. Experts will not be permitted to testify at the trial as to any information gathered or evaluation, or opinion formed, after deposition taken subsequent to designation.

A hearing on defendant's motion to compel medical examinations of plaintiffs pursuant to FRCP 35 was held on March 4, 2010. (Docket No. 38.) Following the hearing, the Court issued an order allowing defendant to conduct medical examinations of plaintiffs Olga Ortiz and Patricia Soto on or after March 9, 2010. (Docket No. 39.) The Court's ruling on this matter also raises the possibility that plaintiffs will retain additional experts.

In light of the Court's ruling the parties have agreed that more time is needed to designate experts and to prepare expert reports. The parties will complete all discovery by May 20, 2010, the deadline set by the Pretrial Scheduling Order and no other deadlines set forth in the Court's Order will be affected by the extension of the expert disclosure deadline.

This stipulation is intended by the parties to extend the time for designation of any and all experts without limitation.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs OLGA ORTIZ and PATRICIA SOTO and by defendant JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATED POSTAL SERVICE by and through their respective counsel, that:

1) The parties shall designate experts they expect to tender at trial and submit their respective FRCP 26 written reports not later than April 16, 2010;

2) Pursuant to stipulation and for good cause the Court's Pretrial Scheduling Order dated January 21, 2009 is so modified.

BENJAMIN B. WAGNER

DATED: March 5, 2010    UNITED STATES ATTORNEY

By: /s/Jason Ehrlinspiel
(as authorized on March 5, 2010.)
Jason Ehrlinspiel
Attorney for Defendant

DATED: March 5, 2010    LAW OFFICES OF STEPHEN M. MURPHY

By: /s/ Stephen M. Murphy
STEPHEN M. MURPHY
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

DATED: March 9, 2010.

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT