LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF TANIA B. ROSE
TANIA B. ROSE (SBN # 151514)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:   (415) 986-1338
Fax:   (415) 986-1231

Attorneys for Plaintiffs
OLGA G. ORTIZ and PATRICIA SOTO

UNITED STATED DISTRICT COURT

EASTERN DISTRICT  OF CALIFORNIA

| | |
|---|---|
| OLGA G. ORTIZ and PATRICIA SOTO,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>　　　Defendant.<br>_____ | CASE NO. 2:08-CV-01326-LKK-GGH<br><br>**[AMENDED] STIPULATION AND ORDER TO MODIFY JANUARY 21, 2009 COURT ORDER** |

　　　The Court issued a Pretrial Scheduling Order dated January 21, 2009, and entered January 22, 2009, setting the dates for, among other matters, the completion of discovery and the parties' designation of expert witnesses they propose to tender at

1  trial. The Order sets the deadline for designation of expert witnesses for March 19,

2  2010. The Court's Order on page 5 thereof additionally stated as follows:

3      At the time of designation, all experts shall submit a written
    report. The contents of the report must comply with Federal
4      Rule of Civil Procedure 26(A)(2)(b). All experts so designated
    are to be fully prepared to render an informed opinion at the
5      time of <u>designation</u> so that they may fully participate in any
    deposition taken by the opposing party. Experts will not be
6      permitted to testify at the trial as to any information gathered
    or evaluation, or opinion formed, after deposition taken
7      subsequent to designation.

8      A hearing on defendant's motion to compel medical examinations of plaintiffs

9  pursuant to FRCP 35 was held on March 4, 2010. (Docket No. 38.) Following the

10  hearing, the Court issued an order allowing defendant to conduct medical examinations

11  of plaintiffs Olga Ortiz and Patricia Soto on or after March 9, 2010. (Docket No. 39.) The

12  Court's ruling on this matter also raises the possibility that plaintiffs will retain additional

13  experts.

14      In light of the Court's ruling the parties have agreed that more time is needed to

15  designate experts and to prepare expert reports. The parties will complete all discovery

16  by May 20, 2010, the deadline set by the Pretrial Scheduling Order and no other

17  deadlines set forth in the Court's Order will be affected by the extension of the expert

18  disclosure deadline.

19      This stipulation is intended by the parties to extend the time for designation of

20  any and all experts without limitation.

21      THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs OLGA ORTIZ and

22  PATRICIA SOTO and by defendant JOHN E. POTTER, POSTMASTER GENERAL,

23  UNITED STATED POSTAL SERVICE by and through their respective counsel, that:

24      1) The parties shall designate experts they expect to tender at trial and

25  submit their respective FRCP 26 written reports not later than April 16, 2010;

26

2

1  2) Pursuant to stipulation and for good cause the Court's Pretrial
2  Scheduling Order dated January 21, 2009 is so modified.

3          BENJAMIN B. WAGNER
4  DATED:  March 5, 2010    UNITED STATES ATTORNEY

5
6      By:__/s/Jason Ehrlinspiel_____
    (as authorized on March 5, 2010.)
    Jason Ehrlinspiel
7      Attorney for Defendant

8
9  DATED: March 5, 2010    LAW OFFICES OF STEPHEN M. MURPHY

10      By:__/s/ Stephen M. Murphy_____
    STEPHEN M. MURPHY
11      Attorneys for Plaintiffs

12  **IT IS SO ORDERED:**

13

14  DATED:   March 9, 2010.

15
16  _____
  LAWRENCE K. KARLTON
17    SENIOR JUDGE
  UNITED STATES DISTRICT COURT