UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLGA G. ORTIZ and PATRICK SOTO,

        Plaintiffs,

  v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

        Defendant.

_____/

NO. CIV. S-08-1326 LKK KJN

O R D E R

Pursuant to the parties' stipulation (Dkt. No. 62),

1. The above-captioned matter is REFERRED to Magistrate Judge Newman for a court settlement conference. The parties are instructed to contact Judge Newman's courtroom deputy to schedule a time for said conference; and

2. The parties WAIVE any claim of disqualification on the basis of Judge Newman serving as the settlement judge for the conference.

1

IT IS SO ORDERED.

DATED: May 18, 2010.

                    /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2