IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLGA G. ORTIZ and PATRICIA SOTO,

      Plaintiffs,

      v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

      Defendant.

No. 2:08-cv-01326 LKK KJN

<u>ORDER</u>

/

      The parties, by and through their counsel, met in a settlement conference on June 11, 2010. The parties' appearances were placed on the record. (Dkt. No. 66.) The case settled at conference and the settlement was placed on the record. (<u>Id</u>.)

      It is HEREBY ORDERED that the parties shall file dispositive papers with this court no later than 30 days from the date of this order. All previously scheduled dates in this case are vacated.

      IT IS SO ORDERED.

DATED: June 14, 2010

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1