IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLGA G. ORTIZ and PATRICIA SOTO,

        Plaintiffs,   No. 2:08-cv-01326 LKK KJN

    v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

        Defendant.   <u>ORDER</u>
_____/

        Presently before the court is the parties' "Stipulation and [Proposed] Order For the Confidentiality of the Deposition of Richard Matsuhiro," which seeks an order limiting the use and dissemination of Mr. Matsuhiro's deposition transcript and related testimony by plaintiffs and their agents and representatives. (Dkt. No. 68.) The undersigned construes this document as a proposed stipulated protective order.

        The undersigned will not, at this time, approve the proposed stipulated protective order. Local Rule 144.1 provides that "[e]very proposed protective order shall" contain certain provisions, including "[a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." Local Rule 144.1(d)(3). The parties' stipulation and proposed order does not contain this required provision.

1

1  In fact, pursuant to the verbal terms of the settlement between the parties, the undersigned
2  anticipated that this matter would be addressed in an agreement between the parties.
3  Accordingly, the undersigned will not approve the stipulation as proposed.  However, the parties
4  may file a stipulation and proposed order that meets all of the requirements of the Federal Rules
5  of Civil Procedure and the court's Local Rules.
6        For the foregoing reasons, it is HEREBY ORDERED that the parties' "Stipulation
7  and [Proposed] Order For the Confidentiality of the Deposition of Richard Matsuhiro" is not
8  approved.
9        IT IS SO ORDERED.
10  DATED:  July 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2