| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JASON EHRLINSPIEL<br>EARLENE GORDON |
| 3 | Assistant U.S. Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, California  95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |
| 6 | Attorneys for  JOHN E. POTTER<br>POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLGA G. ORTIZ *and* PATRICIA SOTO, | ) | CASE NO. 2:08-CV-01326 LKK KJN |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiffs' Olga Ortiz and Patricia Soto against Defendant John E. Potter, Post Master General, United States Postal Service, shall be dismissed with prejudice, and that, except as otherwise provided in the agreements between the parties, each party shall bear their own costs and fees, including attorneys' fees.

STIPULATION OF
DISMISSAL WITH PREJUDICE         -1-

**IT IS SO STIPULATED**.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 13, 2010 | */s/ Jason Ehrlinspiel*<br>By: JASON EHRLINSPIEL<br>By: EARLENE GORDON<br>Assistant U.S. Attorneys |
|  | Attorneys for John E. Potter,<br>Post Master General, United States Postal Service |
| Dated: July 13, 2010 | LAW OFFICES OF STEPHEN M. MURPHY |
|  | */s/ Stephen M. Murphy*<br>By: STEPHEN M. MURPHY |
|  | Attorneys for Olga Ortiz and Patricia Soto |

### ORDER

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreements between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED**.

Dated: July 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF
DISMISSAL WITH PREJUDICE        -2-